**Order entered May 13, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01299-CV

### IN THE INTEREST OF J.C., ET AL

### On Appeal from the 303rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-76-08723-V

## ORDER

Appellant's brief was originally due December 20, 2014. After receiving notice in January 2015 that the trial court had allowed appellant's counsel to withdraw in November 2014, we ordered the brief be filed by February 13, 2015. We subsequently extended that deadline twice, in part to allow appellant an opportunity to retain counsel. In our order granting the last extension, we cautioned appellant that failure to file the brief by the deadline could result in dismissal of the appeal without further notice. Appellant now seeks another extension. We **GRANT** the extension request and **ORDER** appellant to file his brief no later than June 1, 2015. Appellant is cautioned that no further extensions will be granted and failure to file the brief will result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/ CRAIG STODDART
   JUSTICE